UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Fletch's Sandblasting
and Painting, Inc.</u>

    v.

Colony Insurance Company

Case No. 15-cv-490-PB

## **O R D E R**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 6, 2017. For reasons explained in the November 6, 2017 Report and Recommendation, Colony's motion for declaratory judgment (doc. no. 23) is denied; Colony's motion for default (doc. no. 22) is denied as moot; and Colony's third-party action against Thich Tech is dismissed.

The clerk is directed to issue judgment and close the case.

    /s/ Paul Barbadoro
    Paul Barbadoro
    United States District Judge

Date: November 28, 2017